

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **KATRINKA ROCHELLE JONES** | **CIVIL ACTION 09-690** |
| **VERSUS** | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HILL** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, this Court concludes that the findings and recommendations of the Magistrate Judge are correct and adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is **AFFIRMED** and this matter is hereby **DISMISSED with prejudice.**

**THUS DONE AND SIGNED** on this the 24th day of August, 2010

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA